# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

QUINCY HAMILTON                                                                                          PLAINTIFF
ADC #550111

V.                                       NO: 4:09CV00800 JMM

PULASKI COUNTY
DETENTION FACILITY *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE